No. 04–5040 (04A8). HICKS *v.* SCHOFIELD, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, pre-

sented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied.